UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN OGDEN | * | NO:   12-1835 |
| | * | |
| VERSUS | * | SECTION:   L |
| | * | JUDGE ELDON E. FALLON |
| GLOBALSANTAFE OFFSHORE SERVICE | * | MAGISTRATE:  4 |
| AND TRANSOCEAN OFFSHORE | * | JUDGE KAREN WELLS ROBY |
| DEEPWATER DRILLING, INC. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO <u>DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION</u>**

**MAY IT PLEASE THE COURT:**

At this time Plaintiff Steven Ogden advises the Court that Judge Barbier recently issued the attached decision in the *James Johnson/Robert Croke v. PPI Technology Services, GlobalSantaFe Offshore Services*, et al. matter. (Attached as Exhibit 1 please find referenced opinion).   The relevance of the opinion is that Judge Barbier has addressed Rule (4)(k)(2) at length (please see pages 23-29) and held that under Rule 4(k)(2) GlobalSantaFe Offshore Services, Ltd. was subject to jurisdiction within this district and this state.

At this time Plaintiff respectfully urges this Court to likewise find under Rule 4(k)(2) that GSF is subject to jurisdiction in this matter.   The simple point as noted by Judge Barbier is that "'while a defendant may have sufficient contacts with the United States as a whole to satisfy due process concerns, if she had insufficient contacts with any single state, she would not be amenable to service by a federal court sitting in that state....thus, Rule 4(k)(2) was adopted in response to this problem of a gap in the courts'

1

2

jurisdiction'….GSF's corporate operations clearly speak to this gap, and this Court finds that this is exactly the type of situation for which the rule is defined"[1]

Respectfully submitted,

*s/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
JASON MACFETTERS (29617)
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-41010

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic means or depositing same in the U.S. Mail, postage prepaid and properly addressed, this 22nd  day of February, 2013.

*S/Timothy J. Young*
TIMOTHY J. YOUNG

---

[1] Please see attached decision, pages 28-30 (citations omitted).